MCLAUGHLIN & NARDI, LLC
37 Vreeland Avenue
Totowa, New Jersey 07512
(973) 890-0004
Attorneys for Plaintiff
Tammy A. Duffy

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAMMY A. DUFFY, | Case No. 3:11-CV-00468-JAP-LHG |
| Plaintiff, | |
| v. | |
| GE HEALTHCARE, INC., JOHN BURIAN, TRACY RENTZ, AMANDA MICKLESON, GERARD MACCHIA, JOHN DOES 1-10, AND ABC ENTITIES 1-10 | **NOTICE OF APPEAL** |
| Defendants. | |

Notice is hereby given that Tammy A. Duffy, the plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Court's Order Compelling Arbitration and Administratively Terminating Plaintiff's Complaint entered in this action of the 7th day of February 2012.

DATED: February 21, 2012

By: /s/ Maurice W. McLaughlin
Maurice W. McLaughlin, Esq.
MCLAUGHLIN & NARDI, LLC
37 Vreeland Avenue
Totowa, New Jersey 07512
Attorneys for Plaintiff,
Tammy Duffy