UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Tammy A. Duffy, | : Civil Action No. 3:11-cv-00468(PGS-LHG) |
| Plaintiff, | : CLERK'S ORDER |
| v. | : |
| GE Healthcare, Inc. et al., | : |
| Defendant. | : |

RECEIVED
MAR -7 2012
AT 8:30____ M
WILLIAM T. WALSH, CLERK

This matter having come before the Court upon the filing of a Complaint, Notice of Removal, <u>Notice of Appeal</u>, Petition for Writ of Habeas Corpus, or *Pro Hac Vice* Request for NEF on February 22, 2012 by Maurice McLaughlin, Counsel for Plaintiff in the above-captioned matter, and it appearing that the pleading was electronically filed using the Court's CM/ECF filing system and the payment of filing fees made via **Pay.gov**; and it further appearing that:

____ a.    An overpayment has been made by the filer, **OR**

_X_ b.    A duplicate, identical Complaint, Notice of Removal, <u>Notice of Appeal</u>, Petition for Writ of Habeas Corpus or *Pro Hac Vice* Request for NEF was filed more than once by the same attorney or the same law firm; and for good cause shown,

IT IS on this __7__ day of ~~February~~ March, 2012, *TB*

**ORDERED THAT** the sum of $455.00 be refunded through **Pay.gov**.

WILLIAM T. WALSH, CLERK

By: _/s/ Theresa Burnett_
Theresa Burnett
Chief Deputy Clerk