# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

12-1515

Tammy Duffy v. GE Healthcare, Inc, et al

3-11-cv-00468

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: June 28, 2012
SLC/cc: Mark Diana Esq.
Maurice W. McLaughlin Esq.
Jocelyn A. Merced Esq.
Pauline M.K. Young Esq.

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.